1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, CA Bar #226429
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RAFAEL OMERO PLATA GUERRERO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        Case No. 5:24-mj-00035-CDB

12              Plaintiff,           **STIPULATION TO CONTINUE
                                     DETENTION HEARING; [PROPOSED]**
13  vs.                             **ORDER**

14  RAFAEL OMERO PLATA
    GUERRERO,                        Date:  October 10, 2024
15                                   Time:  2:30 p.m.
                Defendant.           Judge: Hon. Cristopher D. Baker
16

17

18         IT IS HEREBY STIPULATED, by and between the parties through their respective

19  counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant

20  Federal Defender Eric V. Kersten, counsel for Rafael Guerrero, that the detention hearing set for

21  October 3, 2024 may be continued to October 10, 2024.

22         An interview with Pretrial Services was scheduled for October 1, 2024, but could not be

23  conducted due to Mr. Guerrero's medical status. Another attempt was made on October 2, 2024

24  but counsel and Pretrial Services were advised Mr. Guerrero remains unavailable. The Pretrial

25  interview has been tentatively rescheduled for October 8, Mr. Guerrero's medical status

26  permitting. Good cause exists pursuant to 18 U.S.C. § 3142(f)(2) because Mr. Guerrero's

27  medical status has prevented Pretrial Services from completing its investigation in a timely

28  manner, and the requested continuance is necessary to allow time for Mr. Guerrero to be

1    interviewed and a post interview Pretrial investigation report completed

2          The parties agree that the delay resulting from this continuance shall be excluded in the

3    interests of justice, for effective defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

4    and 3161(h)(7)(B)(i) and (iv). The parties agree that good cause for this continuance exists for

5    purposes of 18 U.S.C. § 3142(f)(2).

6                                          Respectfully submitted,

7                                          PHILLIP A. TALBERT
                                           United States Attorney
8

9    Date: October 2, 2024               */s/ Brittany Gunter*
                                           BRITTANY GUNTER
10                                         Assistant United States Attorney
                                           Attorney for Plaintiff
11

12                                         HEATHER E. WILLIAMS
                                           Federal Defender
13

14   Date: October 2, 2024               */s/ Eric V. Kersten*
                                           ERIC V. KERSTEN
15                                         Assistant Federal Defender
                                           Attorney for Defendant
16                                         RAFAEL OMERO PLATA GUERRERO

17

18

19                              **O R D E R**

20          **IT IS SO ORDERED.** The detention hearing set for October 3, 2024 is continued to

21   October 10, 2024, at 2:30 p.m.. Good cause for this continuance exists for purposes of 18 U.S.C.

22   § 3142(f)(2), and time shall be excluded through October 10, 2024, in the interests of justice, for

23   effective defense investigation and preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

24   3161(h)(7)(B)(i) and (iv).

25

26          Date: October __2__, 2024        _____

27                                           Hon. Christopher D. Baker
                                             Judge, United States District Court
28