1  MICHELE BECKWITH
   Acting United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No: 1:24-CR-00246-KES-BAM
12 |                      Plaintiff,    | STIPULATION TO CONTINUE STATUS
   |                                    | CONFERENCE AND EXCLUDE TIME UNDER
13 |            v.                      | SPEEDY TRIAL ACT; AND ORDER
14 | RAFAEL OMERO PLATA GUERRERO,       |
15 |                      Defendant.    |
16

17

18     THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

19 United States Attorney Brittany M. Gunter, counsel for the government, and Reed Grantham, counsel

20 for Rafael Omero Plata Guerrero ("the defendant"), that this action's **Wednesday, March 12, 2025,**

21 **status conference be continued to Wednesday, June 11, 2025, at 1:00 p.m.** The parties likewise ask

22 the court to endorse this stipulation by way of formal order.

23     The parties base this stipulation on good cause, as follows:

24     1. The grand jury returned an indictment regarding this matter on October 10, 2024. ECF 9.

25        The government prepared and delivered an initial set of discovery to defense counsel within

26        the time limits set forth by the Local Rules.

27
                                                    1
   STIPULATION TO CONTINUE STATUS CONFERENCE AND
28 EXCLUDE TIME UNDER SPEEDY TRIAL ACT

2. The government provided the defense with supplemental discovery on October 7 and October 21, 2024. The defense is and has been reviewing discovery thus far provided.

3. The government followed up with law enforcement to determine the extent supplemental discovery exists. Final reports are pending from the forensic examiner. The government will produce these reports to defense as soon as they are completed. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accord with Rule 16.

4. As defense counsel completes his analysis of the discovery produced in this case, counsel for the government will work with the defense and the HSI Bakersfield office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

5. Defense counsel requires more time to complete his review of the discovery, complete any additional investigation, discuss the case with the defendant, and consult with experts. Defense counsel intends to set up a time to review the electronic evidence in this case and needs additional time to do so.

6. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

7. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The government does not object to the continuance.

9. The parties therefore stipulate that the period of time from March 12, 2025, through June 11, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking

///

Case 1:24-cr-00246-KES-BAM    Document 20    Filed 02/28/25    Page 3 of 3

such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  February 28, 2025                              MICHELE BECKWITH
                                                       Acting United States Attorney

                                                By:  /s/ BRITTANY M. GUNTER
                                                     BRITTANY M. GUNTER
                                                     Assistant United States Attorney


Dated: February 28, 2025                        By:  /s/ REED GRANTHAM
                                                     REED GRANTHAM
                                                     Attorney for Defendant
                                                     Rafael Omero Plata Guerrero


**O R D E R**

IT IS ORDERED that the status conference currently set for March 12, 2025, at 1:00 pm is continued until **June 11, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS FURTHER ORDERED THAT the period of time from March 12, 2025, through June 11, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **February 28, 2025**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

3

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT