MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL OMERO PLATA GUERRERO,<br><br>Defendant. | Case No: 1:24-CR-00246-KES-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; AND ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Reed Grantham, counsel for Rafael Omero Plata Guerrero ("the defendant"), that this action's **Wednesday, June 11, 2025, status conference be continued to Wednesday, September 24, 2025, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. The grand jury returned an indictment regarding this matter on October 10, 2024. ECF 9. The government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by the Local Rules.

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

1

2. The government provided the defense with supplemental discovery on October 7 and October 21, 2024, as well as on May 23, 2025. The defense is and has been reviewing discovery thus far provided.

3. The government followed up with law enforcement to determine the extent supplemental discovery exists. The government identified additional discovery that it is gathering from law enforcement to produce to the defense no later than June 13, 2025. If the government identifies additional information that should be produced as supplemental discovery, beyond that which has already been identified, the government will promptly produce it to defense counsel in accord with Rule 16.

4. As defense counsel completes his analysis of the discovery produced in this case, counsel for the government will work with the defense and the HSI Bakersfield office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act. Defense counsel anticipates reviewing the electronic evidence at the HSI Bakersfield office the week of July 21, 2025.

5. Defense counsel requires more time to complete his review of the discovery, complete any additional investigation, discuss the case with the defendant, consult with experts, and review the electronic evidence at the HSI Bakersfield office.

6. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial. Defense counsel has requested a plea offer, which the government will provide to the defendant.

7. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The government does not object to the continuance.

9. The parties therefore stipulate that the period of time from June 11, 2025, through and including September 24, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  June 3, 2025                                           MICHELE BECKWITH
                                                                              Acting United States Attorney

                                                              By:  /s/ BRITTANY M. GUNTER
                                                                      BRITTANY M. GUNTER
                                                                      Assistant United States Attorney

Dated:  June 3, 2025                                 By:   /s/ REED GRANTHAM
                                                                      REED GRANTHAM
                                                                      Attorney for Defendant
                                                                      Rafael Omero Plata Guerrero

**ORDER**

IT IS ORDERED that the status conference currently set for June 11, 2025, at 1:00 pm is continued until **September 24, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS FURTHER ORDERED THAT the period of time from June 11, 2025, through September 24, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **June 4, 2025**                                  /s/ Barbara A. McAuliffe
                                                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

3